**Certification filed September 15, 2022**



## In The
# Eleventh Court of Appeals

### No. 11-21-00145-CR

**DANIEL RAY GARCIA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 106th District Court**
**Gaines County, Texas**
**Trial Court Cause No. 19-5086**

---

### CERTIFICATION

I have reviewed the "Motion to Disqualification or Recusal Justices J.M. Bailey, W.S. Trotter, W.B. Williams under Rule 16 of the Texas Rules of Appellate Procedure and Rule 18 of Texas Rules of Civil Procedure" filed in this cause on September 12, 2022. To the extent the document seeks my disqualification or recusal, I have reviewed the document in chambers. *See* TEX. R. APP. P. 16.3(b). I find no reason to disqualify or recuse myself and, under Rule 16.3(b), certify the issue of my disqualification and recusal to the entire court for a determination by the other justices of this court. *See Manges v. Guerra*, 673 S.W.2d 180, 185 (Tex. 1984); *McCullough v. Kitzman*, 50 S.W.3d 87, 88 (Tex. App.—Waco 2001, pet. denied).

W. STACY TROTTER
JUSTICE